# Sixth District Court of Appeal
## State of Florida

_____

Case No. 6D23-2015
Lower Tribunal No. 2019-CA-000676

_____

Rosemary Conley,

Appellant,

v.

Walt Disney Parks and Resorts U.S., Inc.,

Appellee.

_____

Appeal from the Circuit Court for Orange County.
Jeffrey L. Ashton, Judge.

March 26, 2024

PER CURIAM.

AFFIRMED.

SMITH, MIZE and GANNAM, JJ., concur.


Carolyn M. Salzmann, Jennifer Aybar Karr, and Elisa K. Schneider, of Legally Pink Law, PLLC, Orlando, for Appellant.

Daniel A. Rock, of Bowman and Brooke, LLP, Miami, and Donald A. Blackwell, Frank D. Hosley and Gregory J. Mroz, of Bowman and Brooke, LLP, Lake Mary, and for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED